**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE HANOVER INSURANCE COMPANY** | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:21-CV-00228-JKP** |
| **GENESIS NETWORKS TELECOM SERVICES, LLC** | § § § | |

---

**PLAINTIFFS' STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO REFILE**

---

COMES NOW, Plaintiff The Hanover Insurance Company, to file its Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in support thereof, respectfully shows the following:

**I.**

Plaintiff The Hanover Insurance Company stipulates that it longer wishes to pursue any of the claims and causes of action asserted in her Original Complaint and/or any subsequent live pleading against Defendant Genesis Networks Telecom Services, LLC, and requests that all of its causes of action asserted against Defendant be dismissed without prejudice to re-file. Taxable costs are to be borne by the parties incurring these costs.

4851-8208-5108.1

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH


_/s/ Sarah R. Smith_
Sarah R. Smith
TBA No: 24056346
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone: (713) 659-6767
Fax:    (713) 759-6830
sarah.smith@lewisbrisbois.com
ATTORNEY FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above pleading has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure by electronic filing, certified mail, regular mail, and/or facsimile on this 29th day of July, 2021.

Vincent e. Morgan
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
vince.morgan@bracewell.com


_/s/ Sarah R. Smith_
Sarah R. Smith

4851-8208-5108.1