UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

THE HANOVER INSURANCE
COMPANY,

    *Plaintiff*,

v.                                                                        Case No. SA-21-CV-0228-JKP-RBF

GENESIS NETWORKS TELECOM
SERVICES, LLC,

    *Defendant*.

### ORDER OF DISMISSAL

Before the Court is *Plaintiff's Stipulation of Dismissal Without Prejudice to Refile* (ECF No. 11). Although the filing does not satisfy the requirements for a stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii), it does meet the requirements for a notice of dismissal under subparagraph (i). Based upon the notice, the Court **DISMISSES** this action without prejudice. The parties shall each bear their own costs, attorneys' fees, and expenses. **The Clerk of Court is DIRECTED to close this case.**

    **IT IS SO ORDERED** this 30th day of July 2021.

                                                   _____
                                                   **JASON PULLIAM**
                                                   **UNITED STATES DISTRICT JUDGE**